August 28, 2009

Ms. Jennifer Bruch Hogan
Hogan & Hogan, L.L.P.
Two Houston Center
909 Fannin, Suite 2700
Houston, TX 77010-1018
Mr. Karen D. Smith
Drucker, Rutledge & Smith L.L.P.
Waterway Plaza One
10003 Woodloch Forest Drive, Suite 225
The Woodlands, TX 77380

RE: Case Number: 08-0390
 Court of Appeals Number: 09-07-00060-CV
 Trial Court Number: 05-02-01551 CV

Style: MBM FINANCIAL CORPORATION, ET AL.
 v.
 THE WOODLANDS OPERATING COMPANY, L.P.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.
(Justice O'Nell not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Jessica Hamby, Deputy Clerk
Enclosure
|cc:|Ms. Carol Anne Flores |
| |Ms. Barbara |
| |Gladden-Adamick |